**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Windsor El Camino Care Center, LLC** | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Windsor El Camino Care Center** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-8211906** | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **7447 Sepulveda Blvd.**<br>**Van Nuys, CA 91405**<br>Number, Street, City, State & ZIP Code | **2540 Carmichael Way**<br>**Carmichael, CA 95608**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business**<br>**2540 Carmichael Way Carmichael, CA 95608**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Windsor El Camino Care Center, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

- ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     6231

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No.
- ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor    **Windsor El Camino Care Center, LLC** _____    Case number *(if known)* _____
       Name

**10.** Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor    **See Attachment** _____    Relationship    _____

District    _____    When _____    Case number, if known    _____

**11.** Why is the case filed in *this district?*    *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** Does the debtor own or have possession of any real property or personal property that needs immediate attention?

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
   Number, Street, City, State & ZIP Code

Is the property insured?

☐ No
☐ Yes.    Insurance agency    _____
          Contact name    _____
          Phone    _____

| | Statistical and administrative information |
|---|---|

**13.** Debtor's estimation of available funds    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** Estimated number of creditors

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** Estimated Assets

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | Windsor El Camino Care Center, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**16.   Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Pending Bankruptcy Cases of Affiliates | Case Number | Date Filed | Location |
|---|---|---|---|
| S&F Home Health Opco I, LLC | To be assigned | Filed Concurrently | Central District of California |
| S&F Hospice Opco I, LLC | To be assigned | Filed Concurrently | Central District of California |
| S&F Market Street Healthcare, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Care Center National City, Inc. | To be assigned | Filed Concurrently | Central District of California |
| Windsor Cheviot Hills, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Country Drive Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Court Assisted Living, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Cypress Gardens Healthcare, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Elk Grove and Rehabilitation, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Elmhaven Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Gardens Convalescent Hospital, Inc. | To be assigned | Filed Concurrently | Central District of California |
| Windsor Hampton Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Monterey Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Rosewood Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Skyline Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Terrace Healthcare, LLC **(LEAD CASE)** | To be assigned | Filed Concurrently | Central District of California |
| Windsor The Ridge Rehabilitation Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Vallejo Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |

Debtor  **Windsor El Camino Care Center, LLC**                                          Case number (*if known*) _____
       Name

<hr>

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 23, 2023**
           MM / DD / YYYY

X _____*A Tress*_____          **Avrohom Tress**
   Signature of authorized representative of debtor      Printed name

Title   **Manager** _____

<hr>

**18. Signature of attorney**

X _____          Date  **August 23, 2023**
   Signature of attorney for debtor                 MM / DD / YYYY

**Ron Bender 143364**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P**
Firm name

**2818 La Cienega Avenue**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 229-1234**       Email address   **rb@lnbyg.com**

**143364 CA**
Bar number and State

## WINDSOR EL CAMINO CARE CENTER, LLC
### MEMBER RESOLUTIONS RELATING TO CHAPTER 11 BANKRUPTCY CASE

August 22, 2023

The following Resolutions were duly enacted by a unanimous vote of the Members (the "Members") of Windsor El Camino Care Center, LLC (the "Company"), and the same shall remain in full force and effect, without modification, unless and until the Members adopt a further resolution to the contrary:

> RESOLVED, that the Company shall file a voluntary petition under chapter 11 of the Bankruptcy Code on August 23, 2023 or such other date determined by Avrohom Tress ("AT") to be in the best interests of the Company, its creditors and other parties in interest, after consultation with the Company's counsel. AT is authorized to sign the voluntary bankruptcy petition and all related documents for the Company as the authorized representative of the Company, and AT is authorized to designate any other officer, professional or designated representative to sign any other documents on behalf of the Company.

> FURTHER RESOLVED, that the Company's retention of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") to serve as the Company's bankruptcy counsel is approved upon terms that are mutually acceptable to the Company and LNBYG. AT, in his capacity as the authorized representative of the Company, is hereby authorized to negotiate the terms of the Company's employment of LNBYG and to execute the Company's retention agreement and/or bankruptcy employment application with LNBYG or to designate any other officer, professional or designated representative to sign any such documents on behalf of the Company.

> FURTHER RESOLVED, that, in his capacity as the authorized representative of the Company, AT is hereby authorized to cause the Company to employ any other professionals to represent or assist the Company in connection with the Company's chapter 11 bankruptcy case that AT deems to be in the best interests of the Company and to execute such other retention agreements and/or bankruptcy employment applications or to designate any other officer, professional or designated representative to sign any such documents on behalf of the Company.

> FURTHER RESOLVED, that following the filing of the Company's chapter 11 bankruptcy case, AT, in his capacity as the authorized

representative of the Company, is hereby authorized on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action that AT deems necessary and proper in connection with the Company's bankruptcy case without the need for any further approval of the Members unless the Members subsequently decide to the contrary.  Such actions that AT has the authority to cause the Company to take without any further approval of the Members (unless the Members subsequently decide to the contrary) shall include, but not be limited to, all of the following: employing and compensating professionals; seeking Bankruptcy Court approval for the Company to use cash collateral and/or obtain post-bankruptcy financing and executing any agreements related to any of the foregoing; compensating employees; hiring and terminating employees; purchasing product or materials; selling product; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing and defending litigation involving the Company; selling or liquidating some or substantially all of the Company's assets; causing the Company to propose a plan of reorganization or liquidation and related disclosure statement and to seek to confirm a plan of reorganization or liquidation; and causing the Company to take whatever steps are necessary to be in compliance with any orders of the Bankruptcy Court.  AT is also authorized to designate any other officer, professional or designated representative to sign any documents related to any of the foregoing on behalf of the Company.

FURTHER RESOLVED, that all prior acts and deeds of AT or the other officers of the Company acting in their capacity as an authorized representative of the Company, as the case may be, taken to carry out the intent and accomplish the purposes of the foregoing resolutions, are hereby approved, adopted, ratified and confirmed in all respects as the respective acts and deeds of the Company.

IN WITNESS WHEREOF, the above resolutions have been authorized, adopted, ratified and approved.

MANAGER:

_A Tress_

**AVROHOM TRESS**

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

**Fill in this information to identify the case:**

Debtor name    **Windsor El Camino Care Center, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**August 23, 2023**__    X   *A Tress*
                                         Signature of individual signing on behalf of debtor

                                         **Avrohom Tress**
                                         Printed name

                                         **Manager**
                                         Position or relationship to debtor

---

Fill in this information to identify the case:

Debtor name | Windsor El Camino Care Center, LLC
United States Bankruptcy Court for the: | CENTRAL DISTRICT OF
| CALIFORNIA - SAN FERNANDO
Case number (if known): | _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HEALTHCARE SERVICES GROUP INC 3220 TILLMAN DR SUITE 300 BENSALEM, PA 19020 | | | | | | $1,258,397.03 |
| DEPARTMENT OF HEALTH CARE SERVICES MS 1101 PO BOX 997415 SACRAMENTO, CA 95899-7415 | | | | | | $1,050,744.94 |
| SELECT REHABILITATION PO BOX 71985 CHICAGO, IL 60694-1985 | | | | | | $538,982.67 |
| LEXINGTON UNIQUE STAFFING LLC 3328 GRASS CREEK CT ANTELOPE, CA 95843 | | | | | | $415,639.20 |
| SYSCO FOOD SERVICES PO BOX 138007 SACRAMENTO, CA 95813-8007 | | | | | | $218,806.34 |
| MCKESSON MEDICAL SURGICAL P.O. 690693 CINCINNATI, OH 45263-0693 | | | | | | $186,117.63 |

Debtor   **Windsor El Camino Care Center, LLC**                                    Case number *(if known)*
_____                                         _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SIGNATURE STAFF RESOURCES LLC 1460 T L TOWNSEND DR SUITE 104 ROCKWALL, TX 75032 | | | | | | $165,334.52 |
| SKILLED NURSING PHARMACY 16666 E. JOHNSON DRIVE SUITE "C" CITY OF INDUSTRY, CA 91745 | | | | | | $152,913.55 |
| TWOMAGNETS PO BOX 103125 PASADENA, CA 91189-3125 | | | | | | $137,887.17 |
| DIRECT SUPPLY EQUIPMENT P.O. BOX 88201 MILWAUKEE, WI 53288 | | | | | | $48,347.17 |
| J SUPPLE LAW 990 FIFTH AVENUE SAN RAFAEL, CA 94901 | | | | | | $23,720.06 |
| INTERACTIVE MEDICAL SYSTEMS PO BOX 843789 LOS ANGELES, CA 90084-3789 | | | | | | $20,114.74 |
| DIAGNOSTIC LABORATORIES & RADIOLOGY - AZ PO BOX 676210 ATTN: CASH APPS DALLAS, TX 75267-6210 | | | | | | $19,731.30 |
| Bryan Nash McMahan Law, PC (Carl A. McMahan) 11755 Wilshire Bld #2370 Los Angeles, CA 90025 | | Legal Settlement | | | | $19,485.03 |
| HORIZON PACIFIC STAFFING PO BOX 643754 CINCINNATI, OH 45264 | | | | | | $15,757.46 |

Debtor   **Windsor El Camino Care Center, LLC**                              Case number *(if known)*
_____                    _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CORE ANALYTICS LABORATORY INC 14735 CALIFA ST VAN NUYS, CA 91411 | | | | | | $15,255.40 |
| CULINARY DEPOT 67 ROUTE 59 SPRING VALLEY, NY 10977 | | | | | | $15,131.96 |
| HANSEN HUNTER & CO PC 7080 SW FIR LOOP, SUITE 100 PORTLAND, OR 97223 | | | | | | $15,000.00 |
| S M U D P.O. BOX 15555 SACRAMENTO, CA 95852 | | | | | | $14,567.82 |
| DIGNITY HEALTH 3400 DATA DRIVE 3RD FLOOR RANCHO CORDOVA, CA 95670 | | | | | | $11,442.71 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Ron Bender 143364**<br>**2818 La Cienega Avenue**<br>**Los Angeles, CA 90034**<br>**(310) 229-1234 Fax: (310) 229-1244**<br>California State Bar Number: 143364 CA<br>**rb@lnbyg.com** | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO**

| In re:<br><br>     **Windsor El Camino Care Center, LLC**<br><br><br><br>                                        Debtor(s). | CASE NO.:<br><br>CHAPTER: **11** |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __20__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **August 23, 2023** _____

_____
*A Triss*
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **August 22, 2023** _____

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Windsor El Camino Care Center, LLC
2540 Carmichael Way
Carmichael, CA 95608


Ron Bender
Levene, Neale, Bender, Yoo & Golubchik L.L.P
2818 La Cienega Avenue
Los Angeles, CA 90034


U.S. Trustee  San Fernando  Valley
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017


21TH CENTURY WEB
GALA 15
LINK ROAD SADAR
MAHARASHTRA, INDIA


A C W PRESSURE WASH & STEAM
9773 BEN HALL DRIVE
GALT, CA 95632


A T & T
P.O. BOX 5014
CAROL STREAM, IL 60197-5014


A-Z MEDICAL TRANSPORTATION
2386 FAIR OAKS BLVD # 118
SACRAMENTO, CA 95825


ADVANCED EQUIPMENT REPAIR
2795 E BIDWELL ST
STE 100-334
FOLSOM, CA 95630

AIR CRAFT INC
4212 ROSEVILLE RD
SUITE J
NORTH HIGHLANDS, CA 95660


ALAMEDA COUNTY ENVIRONMENTAL HEALTH
P.O. BOX N
ALMEDA, CA 94501-0108


ALLSTATE PLUMBING COMPANY
2000 WARM SPRING COURT
SUITE 2
FREMONT, CA 94539


ALPHAONE AMBULANCE MEDICAL SERVICE
10461 OLD PLACERVILLE RD STE 110
SACRAMENTO, CA 95827-2525


ARMSTRONG PLUMBING
2551 ALBATROSS WAY
SACRAMENTO, CA 95815


AUTO CHLOR SYSTEM
3000 ACADEMY WAY #100
SACRAMENTO, CA 95815


AXIOM HEALTHCARE GROUP
2351 SUNSET BLVD STE 170-897
ROCKLIN, CA 95765


BARBER RANEN LLP
550 SOUTH HOPE ST, SUITE 2400
LOS ANGELES, CA 90071

BAY MEDIC TRANSPORTATION
959 DETROIT AVE
CONCORD, CA 94518-2501


BEACH LAW GROUP LLP
500 E ESPLANADE DR
SUITE 1400
OXNARD, CA 93036


Brandy Russell
The Ward Firm
4600 Northgate Blvd #210
Sacramento, CA 95834


BRAZIER SUZANNE
2540 CARMICHAEL WAY
CARMICHAEL, CA 95608


BRIGGS HEALTHCARE CORP
7887 UNIVERSITY BLVD
CLIVE, IA 50325


Brooks
Lanzone Morgan  Reza Sobati
356 Redondo Ave
Long Beach, CA 90814


Bryan Nash
McMahan Law, PC  Carl A. McMahan
11755 Wilshire Bld #2370
Los Angeles, CA 90025


BURROWS MARSHA
7552 COLLING WOOD ST
SACRAMENTO, CA 95822

CA Dept of Health Care Services
Attn: Kenneth K Wang DOJ
300 S Spring St No 1702
Los Angeles, CA 90013


CAHF
2201 K ST.
SACRAMENTO, CA 95816


CALIFORNIA DEPART OF PUBLIC HEALTH
P.O. BOX 997434
MS 3202
SACRAMENTO, CA 95899-7434


CALIFORNIA DEPART OF PUBLIC HEALTH
CENTER FOR HEALTH CARE QUALITY
FISCAL MANAGEMENT BRANCH, MS3202
SACRAMENTO, CA 95899-7434


California Department of Insurance
Attorney General
302 S Spring St No 1704
Los Angeles, CA 90013


California Dept of Justice/Atty General
Medi-Cal Fraud & Elder Abuse
2329 Gateway Oaks Dr, Ste 200
Sacramento, CA 95833


California Dept of Public Health
Office of the Attorney General
301 S Spring St No 1702
Los Angeles, CA 90013


CAPITOL ELEVATOR CO INC
4513 HARLIN DRIVE
SACRAMENTO, CA 95826

CAREFEED INC.
430 READING RD
CINCINNATI, OH 45202


CDW DIRECT
P.O. BOX 75723
CHICAGO, IL 60673-5723


CENTERS FOR MEDICARE AND MEDICAID SERVIC
DIVISION OF ACCOUNTING OPERATIONS
MAIL STOP C3-11-03
BALTIMORE, MD 21207


CERTIPHI SCREENING INC
PO BOX 1675
SOUTHAMPTON, PA 18966


CHUCK'S & AUBURN SEPTIC
4504 YANKEE HILL CT
SUITE 200
ROCKLIN, CA 95677


CITY OF LOS ANGELES BUREAU OF SANITATION
INDUSTRIAL WASTE MGT DIVISION
2714 MEDIA CENTER DRIVE
LOS ANGELES, CA 90065


COMCAST
P.O. BOX 34744
SEATTLE, WA 98124


COMMUNITY MOBILE DIAGNOSTICS
PO BOX 676210
DALLAS, TX 75267-6210

```
CORE ANALYTICS LABORATORY INC
14735 CALIFA ST
VAN NUYS, CA 91411


CORE ANALYTICS RADIOLOGY INC
14735 CALIFA ST
VAN NUYS, CA 91411


CREST HEALTHCARE SUPPLY
P.O. BOX 727
195 THIRD STREET SOUTH
DASSEL, MN 55325


CULINARY DEPOT
67 ROUTE 59
SPRING VALLEY, NY 10977


CURASPAN HEALTH GROUP, INC.
PO BOX 744204
ATLANTA, GA 30374-4204


Daugherty Lordan - Meghan McCord
O'Hagan Meyer
21650 Oxnard Street, Suite 530
Woodland Hills, CA 91367


DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
PO BOX 5509
BINGHAMTON, NY 13902


Department of Health and Human Services
Federal Building
300 N Los Angeles St, Ste 7516
Los Angeles, CA 90012
```

DEPARTMENT OF HEALTH CARE
ACCESS AND INFORMATION
2020 WEST EL CAMINO AVE
SUITE 1000
SACRAMENTO, CA 95833

DEPARTMENT OF HEALTH CARE ACCESS AND INF
2020 WEST EL CAMINO AVE
SUITE 1000
SACRAMENTO, CA 95833

DEPARTMENT OF HEALTH CARE SERVICES
MS 1101 PO BOX 997415
SACRAMENTO, CA 95899-7415

DIAGNOSTIC LABORATORIES & RADIOLOGY - AZ
PO BOX 676210
ATTN: CASH APPS
DALLAS, TX 75267-6210

DIGNITY HEALTH
3400 DATA DRIVE
3RD FLOOR
RANCHO CORDOVA, CA 95670

DIRECT SUPPLY EQUIPMENT
P.O. BOX 88201
MILWAUKEE, WI 53288

DJK COUNSEL LTD
1925 CENTURY PARK EAST ST 810
LOS ANGELES, CA 90067

Donald Brooks
Lanzone Morgan, LLP
356 Redondo Ave
Long Beach, CA 90814

DSK ARCHITECTS
926 NATOMA ST
SUITE 200
SAN FRANCISCO, CA 94103


ECOLAB INC
P.O. BOX 100512
PASADENA, CA 91189


Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


ENTECH MEDICAL CORPORATION
1910 D STREET
LA VERNE, CA 91750


EPN ENTERPRISES INC
EPN ENTERPRISE INC
P.O. BOX 650755
DALLAS, TX 75265-0755


ERIN MANCINAS
6834 OLIVE TREE WAY
CITRUS HEIGHTS, CA 95610


ESTATE OF JOHN R ANGULO C/O JOHN W ANGUL
7401 PATRICKS LANE
CITRUS HEIGHTS, CA 95610


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

FRANCHISE TAX BOARD
P.O. BOX 942857
SACRAMENTO, CA 94257


G S FIRE PROTECTION INC
P.O. BOX 3798
MISSION VIEJO, CA 92690-3798


GALE HEALTHCARE SOLUTIONS LLC
PO BOX 4729
WINTER PARK, FL 32793


GLASSMAN TO THE RESCUE
747 SANTA ANA AVE
SACRAMENTO, CA 95838


GOODENOUGH GARY
5200 ARDEN WAY
#149
CARMICHAEL, CA 95608


GREEN LOOK AND PLUS
7223 ROCA WAY
SACRAMENTO, CA 95842


H D SUPPLY FACILITIES MAINT
PO BOX 509058
SAN DIEGO, CA 92150-9058


HANSEN HUNTER & CO PC
7080 SW FIR LOOP, SUITE 100
PORTLAND, OR 97223

HANSON BRIDGETT
425 MARKET STREET
26TH FLOOR
SAN FRANCISCO, CA 94105


HARRIS STATIONERS INC
8441 Canoga Avenue
Canoga Park, CA 91304


HEALTHCARE SERVICES GROUP INC
3220 TILLMAN DR
SUITE 300
BENSALEM, PA 19020


HEART OF GOLD MEDICAL TRANSPORT INC
1329 HOWE AVE # 205
SACRAMENTO, CA 95745


HILL ROM
P O BOX 643592
PITTSBURGH, PA 15264-3592


HILLS PHYSICIAN CARE SOLUTION, INC
15821 VENTURA BLVD.
ENCINO, CA 91436


HOME DEPOT USA DBA THE HOME DEPOT PRO
PO BOX 742440
LOS ANGELES, CA 90074-2440


HORIZON PACIFIC STAFFING
PO BOX 643754
CINCINNATI, OH 45264

HPSI MENU SERVICES
1 ADA
SUITE 150
IRVINE, CA 92618-5338


IDENTITY LINKS
6211 W HOWARD ST
NILES, IL 60714


INTERACTIVE MEDICAL SYSTEMS
PO BOX 843789
LOS ANGELES, CA 90084-3789


Internal Revenue Service  IRS
P.O. Box 7346
Philadelphia, PA 19101-7346


IPFS CORPORATION OF CALIFORNIA
1055 BROADWAY, 11TH FLOOR
KANSAS CITY, MO 64105


IRON MECHANICAL, INC
721 NORTH B ST, SUITE 100
SACRAMENTO, CA 95811


IRON MOUNTAIN RECORDS MGT
P.O. BOX 601002
PASADENA, CA 91189-1002


J SUPPLE LAW
990 FIFTH AVENUE
SAN RAFAEL, CA 94901

JAMES GOLLNER SERVICES INC
302 N EL CAMINO REAL SUITE 206
SAN CLEMENTE, CA 92672

JESUS NEGRETE
3317 MARLENE DR
SACRAMENTO, CA 95821

JO DAN
1850 E. 17TH ST.
SUITE 111
SANTA ANA, CA 92705

JORGENSEN COMPANY
P.O. BOX 888655
LOS ANGELES, CA 90088-8655

JOSHUA H RASSEN MD INC
1545 N CASTLE RD
SONOMA, CA 95476

K C I USA
P.O. BOX 301557
DALLAS, TX 75303-1557

KELLY DAVIS
2540 CARMICHAEL WAY
CARMICHAEL, CA 95608

LaChe Louise Jones
Lawyers for Employee & Consumer Rights,
3500 West Olive Ave, 3rdFloor
Burbank, CA 91505

LAREINA LIGGINS
2540 CARMICHAEL WAY
CARMICHAEL, CA 95608


LEXINGTON UNIQUE STAFFING LLC
3328 GRASS CREEK CT
ANTELOPE, CA 95843


LOS ANGELES COUNTY TAX COLLECT
225 NORTH HILL STREET
ROOM 122
LOS ANGELES, CA 90012


Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110


LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54018
LOS ANGELES, CA 90054-0018


Lowell Thomas
c/o Abelian Law Firm
500 N. Brand Blvd., Ste 200
Glendale, CA 91203


MANAGED CARE GROUP LLC
6650 SUGARLOAF PARKWAY, STE 400
DULUTH, GA 30043


MCKESSON MEDICAL SURGICAL
P.O. 690693
CINCINNATI, OH 45263-0693

MED SUPPLY
5105 E DAKOTA AVE STE 102
FRESNO, CA 93727

MEMORY CHECK PSYCHOLOGICAL SERVICES PC
PO BOX 68050
NEWARK, NJ 07101-8086

METRO SUPPLY
3213 VIA GRANDE
SACRAMEMTO, CA 95825

MICHELLI MEASUREMENT GROUP INC
130 BROOKHOLLOW ESPLANADE
HARAHAN, LA 70123

MONTEREY COUNTY ENVIRONMENTAL
HEALTH BUREAU
1270 Natividad Road
SALINAS, CA 93906

MONTEREY COUNTY TAX COLLECTOR
P O BOX 891
SALINAS, CA 93902-0891

MORGAN TODD
5312 ENGLE RD
CARMICHAEL, CA 95608

NAVARRETE LAWN SERVICES
P.O. BOX 232752
SACRAMENTO, CA 95832

NETWORK SERVICES COMPANY
29060 NETWORK PLACE
CHICAGO, IL 60673-1290


NOR CAL FRESH
PO BOX 1027
ELVERTA, CA 95626


O SULLIVAN FORREST
11121 MACE RIVER CT
RANCHO CORDOVA, CA 95670


OCCUPATIONAL HEALTH CENTERS
P.O. BOX 3700
RANCHO CUCAMONGA, CA 91729


PENNY PUBLICATIONS LLC
6 PROWITT ST
NORWALK, CT 06855


POINTCLICKCARE TECHNOLOGIES INC.
PO BOX 674802
DETROIT, MI 48267-4802


PORTER ONE DESIGN
37680 HILLS TECH DR
FARMINGTON HILLS, MI 48331


PRIME CARE TECHNOLOGIES INC
6650 SUGARLOAF PARKWAY
SUITE 400
DULUTH, GA 30097

PURCEL LABS LLC
124 S MAPLE DR, SUITE B
BEVERLY HILLS, CA 90212


QUADIENT LEASING USA INC
DEPT 3682
PO BOX 123682
DALLAS, TX 75312-3682


RAMAT MEDICAL
5812 W. PICO BLVD.
#A
LOS ANGELES, CA 90019


RAPID ROOTER
5013 ROBERTS AVE, STE B
MCCLELLAN, CA 95652


REAL TIME MEDICAL
PO BOX 645852
PITTSBURGH, PA 15264


REHASTE HARVEY WILSON & SALAMOFF LLP
1221 E DYER ROAD
SUITE 200
SANTA ANA, CA 92705


RELIANCE INDUSTRIAL LAUNDRY
25363 RODEO FLAT RD
AUBURN, CA 95602-8984


Richard Holben / David Holden
Barr and Mudford
1824 Court St,
Redding, CA 96001

Rita Carreon
Fitzpatrick & Swanston  James Fitzpatric
555 S. Main St.
Salinas, CA 93901


RJ10 CONSULTING LLC
21601 VANOWEN ST
SUITE 109
Canoga Park, CA 91303


RONALD COWSERT
2540 CARMICHAEL WAY
CARMICHAEL, CA 95608


Russell  Washington
The Ward Firm  Justin Ward
4600 Northgate Blvd., Suite 210
Sacramento, CA 95834


S M U D
P.O. BOX 15555
SACRAMENTO, CA 95852


S&S WORLDWIDE INC
PO BOX 845825
BOSTON, MA 02284-5825


SACRAMENTO COUNTY TAX COLLECTOR
TAX COLLECTOR'S OFFICE
P.O. BOX 508
SACRAMENTO, CA 95812


SAN JOAQUIN COUNTY
ENVIRONMENTAL HEALTH DEPARTMENT
1868 E HAZELTON
STOCKTON, CA 95205

Secretary of the U.S. Dept of Health and
Human Services on behalf of the Centers
for Medicare and Medicaid Services
300 N Los Angeles St, Ste 7516
Los Angeles, CA 90012


SECURITAS TECHNOLOGY CORPORATION
4600 VINE ST
LINCOLN, NE 68503


SELECT REHABILITATION
PO BOX 71985
CHICAGO, IL 60694-1985


SHERWIN WILLIAMS COMPANY
3304 E HAMMER LN
STOCKTON, CA 95212-2816


SHRED IT USA INC
28883 NETWORK PLACE
CHICAGO, IL 60673-1288


SIGNATURE STAFF RESOURCES LLC
1460 T L TOWNSEND DR
SUITE 104
ROCKWALL, TX 75032


SKILLED NURSING PHARMACY
16666 E. JOHNSON DRIVE
SUITE C
CITY OF INDUSTRY, CA 91745


Stanley Kwan -Mary Kwan
Clement Law Group - L. Clement
3576 McKinley Boulevard
Sacramento, CA 95816

STAPLES ADVANTAGE
PO BOX 660409
DALLAS, TX 75266


State Board of Equalization
Account Info Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029


State of California
Medi-Cal Fraud & Elder Abuse
2329 Gateway Oaks Dr, 2nd Fl
Sacramento, CA 95833


SYSCO FOOD SERVICES
PO BOX 138007
SACRAMENTO, CA 95813-8007


THE PAUL REVERE LIFE INSURANCE COMPANY
1 FOUNTAIN SQUARE
CHATTANOOGA, TN 37402-1330


THE SSI GROUP LLC
DEPT 2455
P.O. BOX 11407
BIRMINGHAM, AL 35246-2455


TWIN MED INC
P.O. BOX 847340
LOS ANGELES, CA 90084-7340


TWOMAGNETS
PO BOX 103125
PASADENA, CA 91189-3125

US FOODS
PO BOX 842475
LOS ANGELES, CA 90084-2475


VANESSA TAJEDA
2540 CARMICHAEL WAY
CARMICHAEL, CA 95608


WALKER'S OFFICE SUPPLIES, INC.
4041 ALVIS COURT
ROCKLIN, CA 95677


WELLSKY CORPORATION
PO BOX 200086
DALLAS, TX 75320-0086


XCHIVE BUSINESS INTELLIGENCE INC
PO BOX 3221
GRASS VALLEY, CA 95945